■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN E. RADEL, Appellant. [612 NYS2d 1014] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Balio, Callahan, Davis and Boehm, JJ.

■■■ MILTON J. LEE et al., Appellants, v CHUBB & SON, INC., as U.S. Manager of the Sea Insurance Company Limited, Respondent. (Appeal No. 2.) [612 NYS2d 1001] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from Order of Supreme Court, Monroe County, Siracuse, J.—Summary Judgment.) Present—Pine, J. P., Balio, Callahan, Davis and Boehm, JJ.